UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Sealed

03-20574CR-JORDAN  MAGISTRATE JUDGE
                                    BROWN

Case No. _____

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

OMAR ALEJANDRO VANEGAS,
a/k/a "Paco,"

Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

JUL 17 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

From on or about November 10, 2002, and continuing until the date of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**OMAR ALEJANDRO VANEGAS,**
a/k/a "Paco,"

did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine and a Schedule I controlled substance, that is, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation

of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963, 960(b)(1)(A), and 960(b)(1)(B).

## COUNT 2

From on or about November 10, 2002, and continuing until the date of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**OMAR ALEJANDRO VANEGAS,**
a/k/a "Paco,"

did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine and a Schedule I controlled substance, that is, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(i), and 841(b)(1)(A)(ii).

## COUNT 3

On or about December 11, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**OMAR ALEJANDRO VANEGAS,**
a/k/a "Paco,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

1. The allegations of Counts One through Three of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in Counts One through Three, the defendant shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, as the result of such violations, and any property which the defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violations, including, but not limited to:

    a. The sum of five thousand dollars ($5,000) in United States currency; and

    b. a 2003 Ford Expedition with Vehicle Identification Number 1FMFU17L83LA50938.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

    (A) cannot be located upon the exercise of due diligence;

    (B) has been transferred or sold to, or deposited with a third party;

    (C) has been placed beyond the jurisdiction of the Court;

    (D) has been substantially diminished in value; or

    (E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20574-CR-JORDAN MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA

VS.

OMAR ALEJANDRO VANEGAS,
    Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

_X_ Miami     ___ Key West
___ FTL     ___ WPB ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants    _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

FILED by _____ D.C.
MAG. SEC.
JUL 17 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

3. Interpreter: (Yes or No) Yes _____
   List language and/or dialect Spanish

4. This case will take __10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below: (Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | _X_ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _X_ Yes ___ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

_____
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET  03-20574-CR-JORDAN-MAGISTRATE JUDGE BROWN

Defendant's Name: OMAR ALEJANDO VANEGAS   No.:

Count #: 1   Conspiracy to import heroin and cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute heroin and cocaine,

in violation of 21 U.S.C. § 846

FILED by _____ D.C.
MAG. SEC.
JUL 17 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

*Max Penalty: Life Imprisonment

Count #: 3

Possession of heroin with intent to distribute,

In violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96