UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20574-CR-UNGARO

UNITED STATES OF AMERICA

v.

OMAR ALEJANDRO VANEGAS,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER FOR DEFENDANT'S CHANGE OF PLEA

The United States and the defendant, Omar Alejandro Vanegas, agree that had this case proceeded to trial, the government would have been able to prove the following facts beyond a reasonable doubt:

In November of 2002, the DEA began an investigation into the drug trafficking activities of a Miami-based Dominican drug trafficker, later identified as Juan Ubaldo De La Rosa, who distributed cocaine and heroin in Miami and New York. From confidential sources who were in contact with Ubaldo, DEA learned that Ubaldo had a source of heroin and cocaine who was a Colombian male known as "Paco", later identified as the defendant. Ubaldo began working with the defendant approximately in 2001, and understood from the defendant that he imported loads of heroin and cocaine into the United States concealed inside of produce containers that arrived aboard cargo ships into South Florida. Ubaldo was indicted and convicted for his participation in this drug trafficking conspiracy in case number 03-20573-Cr-Martinez.

1

During DEA's surveillance of Ubaldo's residence on November 27, 2002, agents observed several vehicles arrive at the residence, including a black Ford Explorer with New Jersey license plates, and a Toyota Tacoma being driven by the defendant. The CS was present at Ubaldo's residence that day when several of Ubaldo's associates were there with him. According to the CS, several individuals arrived with three duffle bags, and the defendant arrived later and left with the duffle bags. According to the CS, Ubaldo said that the bags contained money.

On November 30, 2002, the defendant and Ubaldo spoke regarding a load of narcotics that the defendant was supplying Ubaldo. That same day, the CS was present at Ubaldo's residence when a female arrived in the same Toyota Tacoma previously driven by the defendant. The female, later identified by DEA and known as the defendant's wife, "Mari", brought Ubaldo a box containing more than 20 kilograms of cocaine and between two and four kilograms of heroin. One of Ubaldo's associates arrived at Ubaldo's residence and picked up part of the load. During DEA surveillance of Ubaldo's residence that evening, agents observed the same black Ford Explorer with New Jersey plates parked at Ubaldo's residence. Based on the CS's information, agents executed a consent search of Ubaldo's residence where a K-9 unit gave a positive indication for narcotics, but no drugs were found. Before the search was executed, agents observed the black Ford Explorer depart Ubaldo's residence. Ubaldo advised the CS the following day that they had concealed the narcotics in a Ford Explorer minutes before the police arrived. On or about December 1, 2002, Ubaldo's associates transported the narcotics to New York in the Ford Explorer.

In early December, the defendant advised Ubaldo that he had "four and something of Maria," meaning four plus kilograms of heroin, available for sale for $50,000 per kilogram.

Ubaldo made arrangements to have the heroin picked up from the defendant's unidentified associate. On December 10, 2002, DEA learned from the CS that Ubaldo's associates were traveling to from New York to Miami with approximately $800,000 in drug proceeds and would be returning to New York with another load of narcotics. On December 11, 2002, Ubaldo advised the CS that his (Ubaldo's) associates were about to depart Miami in the Ford Explorer with a load of heroin. That same day, DEA covered a meeting between the CS and Ubaldo's associates, Jorge Herrera and Gil Rodriguez, who arrived in the black Ford Explorer with New Jersey plates. After the meeting, agents followed the vehicle and coordinated a traffic stop on Interstate 95 by Florida state troopers. Law enforcement conducted a K-9 search of the Ford Explorer and recovered four packages of heroin and $5,000 in a hidden compartment. The heroin had a net weight of 4.5 kilograms.

In February of 2003, the defendant supplied Ubaldo approximately 47 kilograms of cocaine, which Ubaldo had sold in New York in order to pay the defendant the money owed for the heroin. DEA initiated a court-authorized roving wiretap of Ubaldo's cellular telephones from March 10, 2003 through May 8, 2003. During the wiretap period, Ubaldo had intercepted conversations with the defendant using Colombia telephone numbers (as the defendant by this time had returned to Colombia), in which they discussed in coded language the delivery of cocaine and heroin, the quality of the narcotics received by Ubaldo from the defendant, and a wire transfer of cash being made by Ubaldo to the defendant.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3/24/14      By: _____
                        AIMEE C. JIMENEZ
                        ASSISTANT UNITED STATES ATTORNEY

Date: 03-24-14     By: _____
                        ASHLEY LITWIN, ESQ.
                        ATTORNEY FOR DEFENDANT

Date: 03/24/14     By: _____
                        OMAR ALEJANDRO VANEGAS
                        DEFENDANT